```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------x
UNITED STATES OF AMERICA,

                    Plaintiff,
                                                              Order
       -against-                                        16-cv-6068 (ADS)(AYS)

EDWARD J. BRADLEY a/k/a EDWARD BRADLEY,

                    Defendant.
----------------------------------------------------------------------------x
```

APPEARANCES:

**Michael T. Sucher, Esq.**
*Outside Counsel for the Government*
26 Court Street, Suite 2412
Brooklyn, NY 11242

NO APPEARANCES:

**Edward J. Bradley a/k/a Edward Bradley**
*Defendant*

**SPATT, District Judge:**

On November 2, 2016, the federal Government commenced this action against the Defendant Edward J. Bradley a/k/a Edward Bradley to recover sums allegedly representing the unpaid balance on a student loan.

The Defendant did not answer or otherwise respond to the complaint, and on December 20, 2016, the Clerk of the Court noted his default.

On December 22, 2016, the Government filed a motion for a default judgment, which the Court referred to United States Magistrate Judge Anne Y. Shields for a recommendation as to liability and damages.

On February 27, 2017, Judge Shields issued a Report and Recommendation (the "R&R"), recommending that the Government's motion be granted, and that a default judgment be entered against the Defendant in the following amounts: (1) $5,855.19 for the unpaid principal balance on the

loan; (2) $2,991 for accrued prejudgment interest, plus $0.60 in continuing *per diem* interest from December 21, 2016 until the date judgment is entered; (3) $66.98 for costs; and (4) post-judgment interest to be calculated in accordance with 28 U.S.C. § 1961.

On February 27, 2017, the Government filed proof of service of the R&R on the Defendant.

More than fourteen days have elapsed since service of the R&R, and the Defendant has neither filed an objection nor requested an extension of time to do so. Therefore, pursuant to 28 U.S.C. § 636(b) and FED. R. CIV. P. 72, this Court has reviewed the R&R for clear error, and finding none, now concurs in both its reasoning and its result.

Accordingly, the February 27, 2017 Report and Recommendation is adopted in its entirety. The Clerk of the Court is respectfully directed to enter judgment in accordance with this Order, and to close this case.

It is **SO ORDERED:**

Dated: Central Islip, New York
April 3, 2017

/s/ *Arthur D. Spatt*
ARTHUR D. SPATT
United States District Judge

2